**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANA URIBE, on behalf of herself and the class members, ) ) ) | |
| Plaintiffs, ) ) | Case No. 18-cv-03736 |
| vs. ) ) | Judge: Honorable John Z. Lee |
| COLLINS ASSET GROUP. LLC, *et al.*, ) ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Ana Uribe and Defendants Collins Asset Group, LLC and Potestivo & Associates, P.C., by and through their respective counsel, hereby inform the Court that the parties have reached an agreement to resolve this matter on a class basis. Plaintiff anticipates filing a motion for preliminary approval within 30 days. The parties respectfully request that this Court stay all deadlines.

Respectfully submitted,

| | |
|---|---|
| /s/Isabella M. Janusz | /s/ Joseph D. Kern (with consent) |
| One of the attorneys for Ana Uribe | One of the attorneys for Collins Asset Group, LLC |
| Daniel A. Edelman<br>Isabella M. Janusz<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC<br>20 South Clark Street, Suite 1500<br>Chicago, IL 60603<br>Phone: 312-739-4200<br>Fax: (312) 419-0379<br>dedelman@edcombs.com<br>ijanusz@edcombs.com | Joseph D. Kern<br>David M. Schultz<br>HINSHAW & CULBERTSON LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, IL 60606<br>Phone: (312) 704-3000<br>jkern@hinshawlaw.com<br>dschultz@hinshawlaw.com |

1

/s/ Artapong Sriratana (with consent)

One of the attorneys for Potestivo & Associates, P.C.

Artapong Sriratana
POTESTIVO & ASSOCIATES, P.C.
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
Phone: (312) 263-0003
Fax: (312) 263-0002
mshanks@potestivolaw.com
blikavec@potestivolaw.com

**CERTIFICATE OF SERVICE**

    I, Isabella M. Janusz, hereby certify that on Thursday, November 1, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all parties of record.

                                               *s/Isabella M. Janusz*
                                               Isabella M. Janusz

Daniel A. Edelman
Heather A. Kolbus
Isabella M. Janusz
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)