**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANA URIBE, on behalf of herself and the class members, ) ) ) | |
| Plaintiffs, ) ) | Case No. 18-cv-03736 |
| vs. ) ) | Judge: Honorable John Z. Lee |
| COLLINS ASSET GROUP, LLC, *et al.*, ) ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND DEADLINE**

Plaintiff Ana Uribe and Defendants Collins Asset Group, LLC and Potestivo & Associates, P.C, by and through their respective counsel, respectfully request pursuant to Fed. R. Civ. P. 6(b) that the Court extend by 18 days the previously provided anticipated date to file a motion for preliminary approval of the parties' class settlement. In support thereof, the parties state:

    1.    On November 1, 2018, the parties filed a notice of settlement. (*Dkt. No. 47*)

    2.    While the Court did not issue an order setting a deadline for filing a motion for preliminary approval, the notice indicated that Plaintiff anticipated filing it by December 3, 2018.

    3.    The parties require additional time to complete and finalize the settlement documents, and respectfully request an extension of time of 18 days, through and including December 21, 2018, to file the motion for preliminary approval of the proposed class settlement.

    4.    This motion is not made for purposes of delay and is the first request to extend this deadline.

WHEREFORE, the parties respectfully request that the Court extend the time to file a motion for preliminary approval from December 3, 2018 to December 21, 2018.

Respectfully submitted,

| | |
|---|---|
| s/ Isabella M. Janusz | s/Joseph D. Kern (with consent) |
| Isabella M. Janusz | Joseph D. Kern |
| | |
| Daniel A. Edelman | David M. Schultz |
| Cathleen M. Combs | Joseph D. Kern |
| Isabella M. Janusz | HINSHAW & CULBERTSON LLP |
| EDELMAN, COMBS, LATTURNER | 151 North Franklin Street, Suite 2500 |
|    & GOODWIN, LLC | Chicago, IL 60606 |
| 20 S. Clark St., Suite 1500 | (312) 704-3000 |
| Chicago, Illinois 60603 | |
| (312) 739-4200 | *Counsel for Defendant Collins Asset Group, LLC* |
| (312) 419-0379 (FAX) | |
| | |
| *Counsel for Plaintiff* | s/Artapong Sriratana (with consent) |
| | Artapong Sriratana |
| | |
| | POTESTIVO & ASSOCIATES, P.C. |
| | 223 W. Jackson Blvd., Suite 610 |
| | Chicago, IL 60606 |
| | (312) 263-0003 |
| | (312) 263-0002 (FAX) |
| | |
| | *Counsel for Potestivo & Associates, P.C.* |

## **CERTIFICATE OF SERVICE**

      I, Isabella M. Janusz, hereby certify that on Thursday, November 29, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused to be served a true and accurate copy of such filings via email upon all parties of record.

                                                                                    *s/Isabella M. Janusz*
                                                                                     Isabella M. Janusz

Daniel A. Edelman
Heather A. Kolbus
Isabella M. Janusz
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)