IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANA URIBE, on behalf of herself and the class members, | |
| Plaintiffs, | Case No. 18-cv-03736 |
| v. | Honorable John Z. Lee |
| COLLINS ASSET GROUP, LLC, *et al.*, | |
| Defendants. | |

### JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiff Ana Uribe and Defendants Collins Asset Group, LLC and Potestivo & Associates, P.C, by and through their respective counsel, respectfully request that the Court extend by 14 days the deadline to file a motion for preliminary approval of the parties' class settlement. In support, the parties state as follows:

1. The parties reached an agreement in principle to resolve this matter on a class-wide basis.

2. Since then, the parties have diligently worked towards finalizing settlement, the class-action settlement agreement, and other documents necessary for class-action settlements.

3. The parties have made significant progress, but need more time to finalize the relevant settlement documents and file a motion for preliminary approval—due in part to the recent holidays and recent birth of a child for one of defendants' counsel.

4. Accordingly, the parties request a modest fourteen (14) day extension of time, until February 5, 2019, to do so.

1

5. This motion is not made for purposes of delay and the parties do not anticipate needing to seek further extension.

6. The Court set this matter for a status conference on January 29, 2019, likely due to the current deadline of January 22, 2019 to file a motion for preliminary approval.

7. In light of the above requested extension, the parties request that the Court reschedule the January 29, 2019 status conference until after the requested February 5, 2019 deadline to file a motion for preliminary approval.

WHEREFORE, the parties respectfully request that the Court extend the deadline to file a motion for preliminary approval from January 22, 2019 to February 5, 2019.

Respectfully submitted,

*s/ Isabella M. Janusz*
Isabella M. Janusz
Daniel A. Edelman
Cathleen M. Combs
Isabella M. Janusz
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

*Counsel for Plaintiff*

*s/ Joseph D. Kern*
Joseph D. Kern
David M. Schultz
Joseph D. Kern
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
(312) 704-3000

*Counsel for Defendant Collins Asset Group, LLC*

*s/ Artapong Sriratana*
Artapong Sriratana
POTESTIVO & ASSOCIATES, P.C.
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
(312) 263-0003
(312) 263-0002 (FAX)

*Counsel for Potestivo & Associates, P.C.*

303115321v1 1010334

**CERTIFICATE OF SERVICE**

      I, Joseph D. Kern, an attorney, certify that on January 22, 2019, caused to be served a copy of the foregoing **JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒ ECF
☐ Facsimile
☐ UPS
☐ U.S. Mail
☐ E-Mail
☐ Messenger Delivery

To: All Parties of Record

*/s/ Joseph D. Kern*
Joseph D. Kern

3

303115321v1 1010334